**SEALED**

FILED
Mar 06, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MICHELE BECKWITH
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN PHILLIP AVILA, <br><br> Defendant. | CASE NO. 1:25-cr-00040-KES-BAM <br><br> MOTION AND ~~PROPOSED~~ ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 6, 2025 charging the above defendant with violations of 18 U.S.C. § 39A - Aiming a Laser Pointer at an Aircraft, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and

///

///

1  execution of the warrants.

4  Dated: March 6, 2025                    Respectfully submitted,

                                            MICHELE BECKWITH
                                            Acting United States Attorney

                               By    */s/ Karen A. Escobar*
                                            KAREN A. ESCOBAR
                                            Assistant U.S. Attorney


                                     IT IS SO ORDERED.

13 Dated:  March 6, 2025
                                     _____
                                            STANLEY A. BOONE
                                            U.S. Magistrate Judge

Motion to Seal Indictment                     2