MICHELE BECKWITH
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN PHILLIP AVILA, <br><br> Defendant. | CASE NO. 1:25-CR-00040-KES-BAM <br><br> MOTION AND ORDER TO UNSEAL CASE |

    The government moves the Court to unseal the Indictment in this case. This defendant is making his initial appearance in federal court in the District of Colorado today pursuant to an arrest. Therefore, the case should be unsealed to advise the defendant of the charges against him.

Dated: March 7, 2025                                                         Very truly yours,

                                                                                   MICHELE BECKWITH
                                                                                    Acting United States Attorney

                                                                                    */s/ Karen A. Escobar*
                                                                                  KAREN A. ESCOBAR
                                                                                  Assistant United States Attorney

MICHELE BECKWITH
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MARTIN PHILLIP AVILA,<br><br>　　　　　　　　Defendant. | CASE NO. 1:25-CR-00040-KES-BAM<br><br>ORDER TO UNSEAL CASE |

   Good cause appearing due to the defendant's initial appearance in this case, it is ordered that the Indictment in the case be UNSEALED.

   IT IS SO ORDERED.

DATED: 4/2/2025

　　　　　　　　　　　　　　　　　　　　*Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　HON. SHEILA K. OBERTO
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE