1  ERIC GRANT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO.  1:25-CR-00040 KES-BAM

12                         Plaintiff,        STIPULATION FOR CONTINUANCE AND
                                             EXCLUSION OF TIME; AND ORDER
13         v.
                                             DATE: October 8, 2025
14  MARTIN PHILLIP AVILA,                    TIME: 1:00 p.m.
                                             COURT: Hon. Barbara A. McAuliffe
15                         Defendant.

16

17         Plaintiff United States of America, by and through its attorney of record, Assistant United States

18  Attorney KAREN A. ESCOBAR, and defendant MARTIN PHILLIP AVILA, both individually and by

19  and through his counsel of record, KEVIN P. ROONEY, hereby stipulate as follows:

20         1.      This matter is currently set for a status conference on October 8, 2025.

21         2.      By this stipulation, the parties agree to set this matter for a change of plea on September

22  8, 2025, at 9:30 a.m. before the Honorable U.S. District Judge Kirk E. Sherriff and to vacate the status

23  conference set on October 8, 2025, at 1:00 p.m.  A plea agreement has been filed in this matter and the

24  date for a change of plea has been cleared with Judge Sherriff's courtroom deputy.  Time to and through

25  October 8, 2025, was previously excluded.

26  / / /

27  / / /

28  / / /

IT IS SO STIPULATED.

Dated:  August 18, 2025                              ERIC GRANT
                                                     United States Attorney


                                                     /s/ KAREN A. ESCOBAR
                                                     KAREN A. ESCOBAR
                                                     Assistant United States Attorney


Dated:  August 18, 2025                              /s/ KEVIN P.ROONEY
                                                     KEVIN P. ROONEY
                                                     Counsel for Defendant
                                                     MARTIN PHILLIP AVILA


                                  **ORDER**

        IT IS SO ORDERED that the status conference set for October 8, 2025, is vacated. A change of

plea hearing is set for **September 8, 2025, at 9:30 a.m. in Courtroom 6 before District Court Judge**

**Kirk E. Sherriff**. Time was previously excluded through October 8, 2025.


IT IS SO ORDERED.

    Dated:   **August 19, 2025**              /s/ Barbara A. McAuliffe
                                                     UNITED STATES MAGISTRATE JUDGE