Kevin P. Rooney, #107554
**HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, MARTIN PHILLIP AVILA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARTIN PHILLIP AVILA,<br><br>    Defendant | Case No.: 1:25-cr-00040-KES-BAM-1<br><br>**STIPULATION FOR CONTINUANCE AND EXCLUSION OF TIME; AND ORDER**<br><br>DATE:<br>TIME:<br>COURT: |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney KAREN A. ESCOBAR, and defendant MARTIN PHILLIP AVILA, both individually and by and through his counsel of record, KEVIN P. ROONEY, hereby stipulate as follows:

1. This matter is currently set for a Change of Plea Hearing on September 8, 2025.

2. By this stipulation, the parties agree to continue the set change of plea from September 8, 2025, to September 29, 2025, at 9:30 a.m. before the Honorable U.S. District Judge Kirk E. Sherriff. A plea agreement has been filed in this matter and the date for a change of plea has been cleared with Judge Sherriff's courtroom deputy.

Time to and through October 8, 2025, was previously excluded.

IT IS SO STIPULATED.

Dated:  August 22, 2025                                 /s/ KEVIN P. ROONEY
                                                                               KEVIN P. ROONEY
                                                                               Counsel for Defendant
                                                                               MARTIN PHILLIP AVILA

Dated:  August 22, 2025                                 /s/ KAREN A. ESCOBAR
                                                                               KAREN A. ESCOBAR
                                                                               Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED that the change of plea hearing is set for September 29, 2025, and the previously set change of plea date of September 8, 2025, is vacated.  Time was previously excluded through October 8, 2025, and that order remains in effect.

IT IS SO ORDERED.

Dated:   August 26, 2025                                 _____
                                                                               UNITED STATES DISTRICT JUDGE